JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HARLEY CROWELL**, an individual;<br><br>Plaintiff,<br><br>v.<br><br>**USAA FEDERAL SAVINGS BANK; EXPERIAN INFORMATION SOLUTIONS INC; EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION, LLC; AND DOES 1 TO 50,** inclusive;<br><br>Defendants. | CASE NO. 5:25-CV-00002-CBM-JC<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE AS TO DEFENDANTS USAA FEDERAL SAVINGS BANK AND EQUIFAX INFORMATION SERVICES, LLC ONLY [57]** |

Pursuant to the JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE AS TO DEFENDANTS USAA FEDERAL SAVINGS BANK AND EQUIFAX INFORMATION SERVICES, LLC ONLY filed by the parties, **it is hereby ordered that Plaintiff's claims are DISMISSED WITH PREJUDICE as to Defendants USAA FEDERAL SAVINGS BANK AND EQUIFAX INFORMATION SERVICES, LLC ONLY.** Each party to bear its own costs.

DATED: December 8, 2025       BY: _____
                                  HON. CONSUELO B. MARSHALL
                                  United States District Judge